1

2

3

4

5

6

7

8

9          **UNITED STATES DISTRICT COURT**

10     **CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION**

11

12   DEENA MARIE CALLAHAN,            )   Case No. SA CV 16-00588-AS
                                     )
13               Plaintiff,          )        **JUDGMENT**
                                     )
14        v.                         )
                                     )
15   NANCY A. BERRYHILL,             )
     Acting Commissioner of the      )
16   Social Security Administration,)
                                     )
17               Defendant.          )
                                     )
18   ─────────────────────────────── )

19
          IT IS ADJUDGED that this action is DISMISSED with prejudice.
20

21   Dated: February 8, 2017.

22

23                                      _____/s/_____

                                          ALKA SAGAR
24                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28